UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH LOCHUCH EWALAN,

Plaintiff,

v.

T. ST. GERMAIN, *et al.*,

Defendants.

Case No. C21-5519-BJR-MLP

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Michelle L. Peterson, United States Magistrate Judge:

On February 23, 2022, Plaintiff filed a reply to Defendants' answer to Plaintiff's second amended civil rights complaint. (Dkt. # 21.) Pursuant to Rule 7(a)(7) of the Federal Rules of Civil Procedure, a reply to an answer is allowed only if the Court orders that one be filed. The Court did not order Plaintiff to file a reply to Defendants' answer and sees no need for such a pleading in this action. Accordingly, Plaintiff's reply (dkt. # 21) is STRICKEN.

The Clerk is directed to send copies of this Minute Order to Plaintiff, to counsel for Defendants, and to the Honorable Barbara J. Rothstein.

DATED this 22nd day of March, 2022.

RAVI SUBRAMANIAN, Clerk of Court

By: /s/ Michael Williams___________
Deputy Clerk