UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH LOCHUCH EWALAN,<br><br>               Plaintiff,<br><br>    v.<br><br>T. ST. GERMAIN, *et al.*,<br><br>              Defendants. | Case No. C21-5519-BJR-MLP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Michelle L. Peterson, United States Magistrate Judge:

On May 26, 2022, Defendants filed a motion to compel discovery in this matter. (Dkt. # 26.) However, Defendants failed to note their motion on the Court's calendar for consideration as required by Local Civil Rule ("LCR") 7(d). Rather than strike Defendants' motion, the Court will simply note the motion for consideration on the appropriate date. Accordingly, Defendants' motion to compel is hereby NOTED on the Court's calendar for consideration on **Friday, June 10, 2022**. Plaintiff's response to Defendants' motion is due not later than **Monday, June 6, 2022**.

MINUTE ORDER
PAGE - 1

The parties are advised that any future motions that are not properly noted in accordance with the local rules will be stricken

The Clerk is directed to send copies of this minute order to Plaintiff, to counsel for Defendants, and to the Honorable Barbara J. Rothstein.

DATED this 1st day of June, 2022.

RAVI SUBRAMANIAN, Clerk

By /s/ Michael Williams
Deputy Clerk